IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT LEE ODDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 04-455-AS |
| v. | ) | |
| | ) | O R D E R |
| JEAN HILL, Superintendent, Snake River Correctional Institution, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Anthony D. Bornstein
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Petitioner

Page 1 - ORDER

Hardy Myers
Attorney General
Denis M. Vannier
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301

      Attorney for Respondent

KING, Judge:

    The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on January 8, 2007.  Petitioner filed timely objections to the Findings and Recommendation.  When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Ashmanskas.  This court ADOPTS the Findings and Recommendation of Magistrate Judge Ashmanskas dated January 8, 2007 in its entirety.

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

    DATED this __1st__ day of February, 2007.

                       /s /Garr M. King
                         GARR M. KING
                       United States District Judge